IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES LUEDTKE,

    Petitioner,

v.

ACTING WARDEN, FCI GREENVILLE,

    Respondent.

Case No. 25-CV-01662-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 19, 2025 (Doc. 7), this action is **DISMISSED without prejudice**.

The Court **DECLINES** to issue a certificate of appealability.

**DATED: November 19, 2025**

          MONICA A. STUMP,
          Clerk of Court


         By: *s/ Jackie Muckensturm*
           Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
    **STEPHEN P. MCGLYNN**
    **U.S. District Judge**